# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00251-CR

**Brenda Sue Gaines, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT
### NO. 8110, HONORABLE LLOYD DOUGLAS SHAVER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The reporter's record has not been filed and is overdue. The two reporters who are responsible for preparing the record have informed the Court that no request for the record has been made. *See* Tex. R. App. P. 35.3(b). The record contains an affidavit of indigence signed by appellant and an order appointing counsel for the appeal.

To avoid further delays and protect the rights of the parties, the appeal is abated and the trial court is instructed to determine, following a hearing if necessary, whether appellant is presently indigent. If the court finds that appellant is indigent, it shall direct the court reporters to prepare the reporter's record at no cost to appellant. Copies of all findings, conclusions, orders, and a transcription of the reporter's notes, if a hearing is held, shall be tendered for filing in this Court no later than October 3, 2008.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson

Abated

Filed:   August 28, 2008

Do Not Publish